Clerk Of Criminal Appeals.
201 W. 14th ST
PO Box 12308
Capital Station, Austin, TX 78711.

75,311-01
Mikell Brown
#1773927 Coffield
2661 FM 2054
Tenn. Colony, TX 75884.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 20 2015
Abel Acosta, Clerk

Re: About Notice of 11.07 Filed.

I Recieved A White Card About An 11.07 Being Filed In my Name.
I Need to Bring It to The Courts Attention That I Did not file An 11.07 About A 2 year Sentence I Recieved In 2007.
I did write The Clerk Of Dallas County About This & informed Them of This.

I'm up For My Release Feb 14. 2015 And I don't Need This Short Stopping my Release.

Can you please let me know if This will Stop my Release Because I don't Want It to!

I don't understand Where This Came About or what its from.
It was filed under my old TDC Number. 644576
My TDC Number Is 1773927.
I Asked for Copys Of what was filed But never Recieved It So I'm Asking The Courts To Drop What ever This Is About. So Any Help is Greatly Appreciated.
Thank you